IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BERNARD C MCGEE,

    Petitioner,

v.                                                                           CASE NO. 4:14-cv-510-RH-GRJ

SECRETARY, DEPT. OF
CORRECTIONS,

    Respondent.

_____/

## **REPORT AND RECOMMENDATION**

This case is before the Court on Doc. 1, Petitioner's *pro se* Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  The Petition stems from Petitioner's November 9, 2004, Leon County jury-trial conviction for armed robbery, for which he received a 40-year sentence with a 10-year minimum mandatory term of imprisonment as a habitual offender.  Petitioner has neither paid the $5.00 habeas corpus filing fee nor filed a motion for leave to proceed as a pauper.  Further, it is apparent that the Petition is due to be dismissed as successive.  Petitioner challenged this same conviction and sentence in a previous habeas corpus case.  *See McGee v. McNeil*, Case No. 4:08-cv-411-RH-GRJ.  The petition was denied on the merits, and a certificate of appealability was granted on one issue.  *Id*. Doc. 32.  The Eleventh Circuit affirmed.  *Id*. Doc. 44.

To file a second or successive § 2254 petition, the Petitioner must first obtain an order from the court of appeals authorizing the district court to consider it. 28 U.S.C. § 2244(b)(3)(A); Rule 9, Rules Governing Section 2254 Cases in the United States District Courts.  Absent authorization, the district court lacks jurisdiction to consider a second or successive petition.  *See Farris v. United States*, 333 F.3d 1211, 1216 (11th

Cir.2003) (addressing a successive motion to vacate under 28 U.S.C. § 2255).  There is nothing in the Petition that reflects that Petitioner has been granted leave by the Eleventh Circuit to file a second or successive habeas corpus petition and, thus, this Court lacks the authority to entertain Petitioner's claims.

In light of the foregoing, it is respectfully **RECOMMENDED** that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, Doc. 1, be **DISMISSED** without prejudice to Petitioner's right to seek leave in the Eleventh Circuit to file a second or successive petition.

**IN CHAMBERS** this 6th day of February 2015.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**